## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERNEST MEDINA,** | ) | 8:14CV417 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **PEOPLE OF THE STATE OF NEBRASKA, The,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On April 6, 2015, the court ordered Petitioner to either file an amended petition for writ of habeas corpus naming a proper respondent or file a motion to substitute the respondent. The court ordered Petitioner to do so within 30 days or face dismissal of this action. To date, Petitioner has not complied with the court's order or taken any other action in this case. Accordingly,

IT IS ORDERED:

1. Petitioner has 30 days to show cause why this case should not be dismissed for his failure to comply with this court's order requiring him to name a proper respondent. Failure to show cause will result in the court dismissing this case without further notice to Petitioner.

2. The clerk of the court is directed to set the following case management deadline: July 6, 2015: check for response to show cause order.

DATED this 4th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge