IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERNEST MEDINA,** | ) | 8:14CV417 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **PEOPLE OF THE STATE OF NEBRASKA, The,** | ) | |
| | ) | |
| Respondent. | ) | |

On June 4, 2015, the court ordered Petitioner to show cause within 30 days why this case should not be dismissed for his failure to comply with this court's order requiring him to name a proper respondent. To date, Petitioner has not named a proper respondent or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge